IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| BADGER DAYLIGHTING LTD, and BADGER DAYLIGHTING, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> BADGER EXCAVATING, INC., <br><br> Defendant. | CV 17-1-M-DLC-JCL <br><br> ORDER |

Plaintiff Badger Daylighting Ltd. moves for the admission of Craig E. Pinkus to practice before this Court in this case with Shane Vannatta to act as local counsel. Mr. Pinkus's application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to admit Mr. Pinkus pro hac vice is GRANTED on the condition that Mr. Pinkus shall do his own work. This means that Mr. Pinkus must do his own writing, sign his own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office. Mr. Pinkus may move for the admission pro hac vice of one (1) associate of his firm. Such associate, if duly admitted, shall be authorized

1

to participate in this case on the same terms and conditions as Mr. Pinkus.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Pinkus, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above.

DATED this 9th day of February, 2017.

*Jeremiah C. Lynch*
Jeremiah C. Lynch
United States Magistrate Judge