

FILED
JAN 04 2018
Clerk, U.S Courts
District Of Montana
Missoula Division

| | |
|---|---|
| BADGER DAYLIGHTING, LTD., Plaintiff/Counter-defendant, vs. BADGER EXCAVATING, INC., Defendant/Counterclaimant. | CV 17–1–M–DLC–JCL<br><br>ORDER |

Pursuant to the Parties' Joint Motion to Dismiss with Prejudice (Doc. 37),

IT IS ORDERED that the above-captioned case, including all claims and counterclaims, is DISMISSED WITH PREJUDICE and each party is to bear its own costs and attorneys' fees.

IT IS FURTHER ORDERED that all deadlines are VACATED and any pending motions are DENIED AS MOOT.

Dated this 4th day of January, 2018.

Dana L. Christensen, Chief Judge
United States District Court

-1-